UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-438-LDG-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| HENRY MACIAS, | |
| Defendant. | |

**ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for Monday, September 29, 2014, be vacated and continued to   Monday, November 17, 2014   at the hour of 10:00 a .m.

DATED this 24 day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3