UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY GENARO MACIAS,<br><br>Defendant. | Case No.: 2:13-cr-438 LDG PAL<br><br>ORDER OF RESTITUTION |

On November 17, 2014, the Court sentenced the defendant to 144 months imprisonment on Count 2 the Indictment, lifetime supervised release, and a $100.00 special assessment fee, with restitution to be determined.

On January 29, 2015, the parties placed before the Court an agreement for restitution as follows: $1,000 to be paid to the victim in the Cindy series; $4,000 to be paid to the victim in the Marineland series; and $500 to be paid to the victim in the Christina series.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment entered on December 4, 2014 is amended and restitution in the amounts stated in the attached restitution list is ordered. The restitution list will be attached to an amended judgment.

DATED this 30 day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

**U.S. v. Henry Macias**
**2:13-CR-00438-LDG-PAL**
**Restitution List**

Cusak, Gilfillan & O'Day, LLC                 $ 1,000.00
C/O Cinday Series
415 Hamilton Blvd.
Peoria, IL 61602-1102

Carol Hepburn, Esq.                           $ 4,000.00
C/O Marineland Series
2722 Eastlake Avenue E, Ste 200
Seattle, WA 98102

Carol Hepburn, Esq.                           $   500.00
C/O Christina Series
2722 Eastlake Avenue E, Ste 200
Seattle, WA 98102